■ HELEN LIGGETT, Respondent, v JOSEPH LIGGETT et al, Appellants. — Resettled order and judgment (one paper), Supreme Court, New York County (Margaret Taylor, J.), entered on February 2, 1984, unanimously affirmed for the reasons stated

by Taylor, J., at Special Term. Respondent shall recover of appellants $75 costs and disbursements of this appeal. Concur — Kupferman, J. P., Sandler, Sullivan and Fein, JJ.